**Order entered July 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01396-CR

**SERGIO VALENCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F06-00598-K**

## ORDER

The Court **REINSTATES** the appeal.

On June 17, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On June 26, 2013, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the June 17, 2013 order requiring findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
JUSTICE